**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6899**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DAVID PATRICK WORRELL,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, Senior District Judge. (4:03-cr-00049-H)

———————

Submitted: October 11, 2007        Decided: October 17, 2007

———————

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

David Patrick Worrell, Appellant Pro Se. Steve R. Matheny, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Patrick Worrell appeals the district court's order denying his motion for a writ of audita querela pursuant to the All Writs Act, 28 U.S.C. § 1651(a) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Worrell, No. 4:03-cr-00049-H (E.D.N.C. May 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED